UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**PAUL ROSS REILMANN** and
**AMY SMITH REILMANN**,

Debtors.

Case No. **09-61610-7**

**ROSS P. RICHARDSON**,

Plaintiff.

-vs-

**DEBT FREE ASSOCIATES**,

Defendant.

Adv No. **10-00038**

# O R D E R

At Butte in said District this 15th day of June, 2010.

Upon review of the Plaintiff's motion to approve compromise, filed May 26, 2010, and no objection thereto and request for hearing having been filed after notice, the Court finds that the proposed settlement is fair and equitable and should be approved without further notice or hearing.

**IT IS ORDERED** the Plaintiff's motion to approve compromise, filed May 26, 2010, is

1

granted; the proposes settlement of this adversary proceeding set forth in the Plaintiff's motion is approved, and the parties thereto shall henceforth be bound by and shall perform in accordance with its terms.

                              BY THE COURT

                              /s/ Ralph B. Kirscher

                              HON. RALPH B. KIRSCHER
                              U.S. Bankruptcy Judge
                              United States Bankruptcy Court
                              District of Montana